**Michael R. RAY, Petitioner–Appellant,**

v.

**Matthew B. HAMIDULLAH, Warden of**
**FCI Estill; Federal Bureau of Prisons; State of New Jersey, Respondents–Appellees.**

No. 07–7121.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 10, 2008.

Decided: Jan. 25, 2008.

Michael R. Ray, Appellant Pro Se. Barbara Murcier Bowens, Office of the United States Attorney, Columbia, South Carolina, for Appellees.

Before MICHAEL, SHEDD, and DUNCAN, Circuit Judges.

Dismissed in part; affirmed in part by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael R. Ray, a federal prisoner, appeals the district court's orders accepting the recommendation of the magistrate judge and denying relief on his petitions filed under 28 U.S.C. §§ 2241, 2254 (2000) and denying his subsequent Fed.R.Civ.P. 59(e) motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss as to the denial of § 2254 relief and affirm as to the denial of § 2241 relief for the reasons stated by the district court. *See Ray v. Hamidullah*, Nos. 4:06–cv–01178–RBH; 4:06–cv–01201–RBH, 2007 WL 465440 (D.S.C. Feb. 6 & July 17, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED IN PART; AFFIRMED IN PART.*